ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Heartland Energy Partners LLC | ) ASBCA No. 62979 |
| | ) |
| Under Contract No. W912HQ-18-D-0010 | ) |

APPEARANCE FOR THE APPELLANT:     William A. Shook, Esq.
                                  The Law Offices of William A. Shook PLLC
                                  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                  Jesse C. Lee, Esq.
                                  Siobhan Fabio, Esq.
                                    Engineer Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 24, 2022

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62979, Appeal of Heartland Energy Partners LLC, rendered in conformance with the Board's Charter.

Dated:  October 24, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals